UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MURPHY CALAIS** | **CASE NO. 6:20-CV-01168 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RODNEY SLAY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE** as time barred.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 8th day of February, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE